# AMERICAN LEGION, WEBSTER B. HARRISON POST. NO. 26, INC. v. STATE OF MARYLAND

[No. 8, September Term, 1982.]

*Decided September 13, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

## *PER CURIAM ORDER*

It is this 13th day of September, 1982

ORDERED, by the Court of Appeals of Maryland, that the judgment in the above entitled case be, and it is hereby, reversed with costs for the reasons set forth in *American Legion, Clopper Michael Post No. 10, Inc. v. State of Maryland,* No. 117, September Term, 1981, decided on July 20, 1982.

Mandate shall issue forthwith.